years imprisonment, respectively. He claims that his guilty plea was not voluntarily and knowingly made because counsel failed to fully inform him of the consequences of pleading guilty. The judgment of the motion court is affirmed. Rule 84.16(b).

of, and support for, Reid's and Diana Jackson's child. We affirm. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Stephen E. TERRELL, Appellant.**

**No. WD 58523.**

Missouri Court of Appeals,
Western District.

March 26, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 2002.

James F. Crews, Tipton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan L. Brown, Assistant Attorney General, Jefferson City, for respondent.

Before HOWARD, P.J.,
BRECKENRIDGE and NEWTON, JJ.

***ORDER***

PER CURIAM.

Stephen Terrell was convicted of second-degree trafficking of drugs, § 195.223.9(3), RSMo 2000. The court sentenced him as a prior offender to twenty-five years imprisonment. On appeal, Mr. Terrell claims that (1) there was insufficient evidence to submit the case to the jury; (2) he was incorrectly found to be a prior offender because the offenses that were used to prove his prior offender status took place while he was a juvenile; (3) the trial court erred when it excluded jurors who would not be paid by their employers while they were on jury duty; and (4) the trial court

■

**In re the MARRIAGE OF Darrin Jay REID, Appellant,**

and

**Diana Gretchen Reid, Respondent.**

**No. WD 59364.**

Missouri Court of Appeals,
Western District.

March 26, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 2002.

Charles T. Frahm, Overland Park, KS, for appellant.

Jayne A. Pearman, Overland Park, KS, for respondent.

Before PAUL M. SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and THOMAS H. NEWTON, Judge.

**ORDER**

Darrin Reid appeals the circuit court's judgment modifying custody and visitation